AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jimmie D. Ross
Pamela A. Ross

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER: 1:06 CV 01774 HHK

TO: (Name and address of Defendant)

Civil Process Clerk
~~Kenneth L. Wainstein~~ Jeffery A. Taylor
United States Attorney General, District of Columbia
~~501 3rd Street. NW~~ 950 Pennsylvania Avenue, Ste 2229
Washington, District of Columbia ~~20001~~ 90530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Jimmie D. Ross & Pamela A. Ross
230 Lexington Place
Sevierville, Tennessee 37862

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JAN 22 2007

NANCY M. MAYER-WHITTINGTON

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/21/06  01/08/07 |
| NAME OF SERVER (PRINT) | TITLE  _Individual_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Mailed USPS Certified Mail, return receipt all postage paid_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/08/07 / 11/21/06      _Warr Palmer_
            Date                     Signature of Server

11306 Sonja Dr Knoxville, TN.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is **01/16/07** _____. The cost of the mailing is $ **4.88**

Certified mail # **7003 3110 0005 1815 6940** ~~7005 3110 0002 3682 7737~~

to:

Civil Process Clerk
~~Kenneth L. Weinstein~~ **Jeffery A. Taylor**
United States Attorney
District of Columbia
~~501 3rd Street NW~~ **950 Pennsylvania Avenue Suite 2229**
Washington, District of Columbia ~~20001~~ **90530**

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____       **01/08/07** ~~11-21-06~~
    Signature                                              Date

**RECEIVED**
JAN 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0005 1815 6940**
Status: **Delivered**

Your item was delivered at 4:41 AM on January 16, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**RECEIVED**
JAN 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT