UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS<br>PAMELA A. ROSS,<br>             Plaintiffs,<br><br>         v.<br><br>UNITED STATES,<br>             Defendant. | Civil Action 06-01774  (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss, filed February 5, 2007 [#4]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiffs are also referred to Local Rule 7(b) which provides that a party has 11 days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 6th day of February, 2007, hereby

**ORDERED** that plaintiffs file their opposition to defendant's motion on or before March 6, 2007. If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

Henry H. Kennedy, Jr.
United States District Judge