IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS<br>PAMELA A. ROSS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil No. 1:06-cv-1774-HHK<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Anne E. Blaess
　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. BLAESS
　　　　　　　　　　　　　Trial Attorney, Tax Division
　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-9806
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-6866
　　　　　　　　　　　　　　　　　　　　　　　　Email: Anne.E.Blaess@usdoj.gov