IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS <br> PAMELA A. ROSS, <br><br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:06-cv-1774-HHK <br> ) <br> ) <br> ) <br> ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiffs *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    JIMMIE D. ROSS
    PAMELA A. ROSS
    Plaintiffs *Pro Se*
    230 Lexington Place
    Sevierville, TN 37862

                                                  /s/ Anne E. Blaess
                                                  ANNE E. BLAESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS<br>PAMELA A. ROSS,<br>        Plaintiffs,<br>v.<br>UNITED STATES,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-1774-HHK<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiffs *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

JIMMIE D. ROSS
PAMELA A. ROSS
Plaintiffs *Pro Se*
230 Lexington Place
Sevierville, TN 37862

/s/ Anne E. Blaess
ANNE E. BLAESS