RECEIVED
MAR 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
IN THE DISTRICT OF COLUMBIA

Jimmie D Ross
Pamela A Ross

Case No. 1:06CV01774 HHK

Plaintiff(s),

v.

United States

Defendant.

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous complex issues beyond the understanding of the plaintiffs as grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: *February 28*, 2007

*/s/ Jimmie D Ross*
Jimmie D Ross

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated February 28, 2007

*Jimmie D Ross*
Jimmie D Ross