UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS<br>PAMELA A. ROSS,<br>            **Plaintiffs,**<br><br>            v.<br><br>UNITED STATES,<br>            **Defendant.** | Civil Action 06-01774  (HHK) |

### ORDER OF DISMISSAL

For the reasons articulated in the court's memorandum opinion issued this same day, it is this 31st day of August, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#4] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' complaint is **DISMISSED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge